IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 5:08-mj-000034 TAG |
| ) | 5:08-mj-000039 TAG |
| Plaintiff, ) | 5:08-mj-000041 TAG |
| v. ) | 5:08-mj-000042 TAG |
| ) | 5:08-mj-000035 TAG |
| ADRIAN NEGRETE-HERNANDEZ, ) | 5:08-mj-000036 TAG |
| JANET MARTINEZ, ) | 5:08-mj-000038 TAG |
| JUAN DELGADO-MONTENEGRO, ) | 5:08-mj-000037 TAG |
| "GUERITA," ) | 5:08-mj-000040 TAG |
| ISMAEL CASAS, ) | 5:08-mj-000032 TAG |
| MICHAEL RAMOS, ) | |
| OLEGARIO TRUJILLO, ) | |
| LUIS CORTEZ-MENDOZA, ) | |
| ALEJANDRO MEJIA, and ) | |
| PEDRO DELGADO-MONTENEGRO ) | |
| ) | |
| Defendants. | |

ORDER TO UNSEAL ARREST WARRANTS AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

Warrants in the above-entitled proceedings shall be unsealed.

DATED: December 10, 2008

*[signature]*
THERESA A. GOLDNER
U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 5:08-mj-000034 TAG |
|---|---|---|
| | ) | 5:08-mj-000039 TAG |
| Plaintiff, | ) | 5:08-mj-000041 TAG |
| | ) | 5:08-mj-000042 TAG |
| v. | ) | 5:08-mj-000035 TAG |
| | ) | 5:08-mj-000036 TAG |
| | ) | 5:08-mj-000038 TAG |
| ADRIAN NEGRETE-HERNANDEZ, | ) | 5:08-mj-000037 TAG |
| JANET MARTINEZ, | ) | 5:08-mj-000040 TAG |
| JUAN DELGADO-MONTENEGRO, | ) | 5:08-mj-000032 TAG |
| "GUERITA," | ) | |
| ISMAEL CASAS, | ) | |
| MICHAEL RAMOS, | ) | |
| OLEGARIO TRUJILLO, | ) | |
| LUIS CORTEZ-MENDOZA, | ) | |
| ALEJANDRO MEJIA, and | ) | |
| PEDRO DELGADO-MONTENEGRO, | ) | APPLICATION TO UNSEAL CRIMINAL |
| | ) | COMPLAINTS AND ARREST WARRANTS |
| Defendants. | ) | |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney
                              By: /s/ Karen A. Escobar
                                  KAREN A. ESCOBAR
                                  Assistant U.S. Attorney

1